EASTERN TELEPHONE AND TELEGRAPH COMPANY, APPELLANT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS, RESPONDENT.

Argued November 27, 1914—Decided March 1, 1915.

On appeal from the Supreme Court, whose opinion is reported in 85 *N. J. L.* 512.

For the appellant, *McCarter & English.*

For the respondent, *Frank H. Sommer.*

Gluckman v. Darling.                    87 *N. J. L.*

PER CURIAM.

The judgment under review herein should be affirmed for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, JJ.   9.

*For reversal*—None.